**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01396 CMA- CBS

GLADE INSURANCE, INC.,
and LESLIE GLADE,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant.

---

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**
**AND TO RESCHEDULE SETTLEMENT CONFERENCE**

---

THIS MATTER COMES BEFORE THE COURT on the Parties' Joint Motion to Amend Scheduling Order and to Reschedule Settlement Conference *(doc. # 18)*. The Court, having reviewed the motion and otherwise being fully advised in the premises:

HEREBY ORDERS THAT:

A.      The parties' motion is GRANTED, and

B.      The Scheduling Order (Doc. # 16) is hereby amended as follows:

      a.      Deadline for joinder of parties and amendment of pleadings: **December 30, 2010**.

      b.      Discovery Cut-off: **April 20, 2011**

      c.      Dispositive Motion Deadline: **May 19, 2011**

      d.      Expert Witness Disclosure

            1.      The parties shall designate all affirmative experts and provide opposing counsel and pro se parties with all information specified in Fed.R.Civ.P.

26(a)(2) on or before**: March 3, 2011**.

        2.      The parties shall designate all rebuttal experts and provide

opposing counsel and any pro se parties with all information specified in

Fed.R.Civ.P. 26(a)(2) on or before:  **April 10, 2011**.

        f.      *Deadline for interrogatories*: Interrogatories not exceeding the limits set

forth in the Federal Rules of Civil Procedure may be served in more than

one set of requests no later than **March 17, 2011**.

        g.      *Deadline for Requests for Production and/or Admissions*: Requests for

production of documents and/or admissions not exceeding the limits set

forth in the Federal Rules of Civil Procedure may be served in more than

one set of requests no later than **March 17, 2011**.

        C.      The Settlement Conference currently scheduled for December 9, 2010 at 9:00

a.m. is hereby vacated.  A Telephonic Status Conference will take place on **February 23, 2011**

**at 8:00 a.m.** to discuss a date and time for resetting the settlement conference.  Counsel shall

coordinate to create a conference call among themselves before contacting the court

(303.844.2117) at the scheduled time.

        D.      The Final Pretrial Conference currently scheduled for April 28, 2011 is hereby

vacated and reset to **August 24, 2011 at 9:15 a.m. (Mountain Time)** in Courtroom A-402,

Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The

parties shall submit a proposed final pretrial order to the Court no less than **seven (7) days prior**

to the final pretrial conference.

DATED at Denver, Colorado, this 30th day of November, 2010.

BY THE COURT:


*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge