**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.:  **10-cv-01396-CMA-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| Date:  **January 11, 2011** | **Courtroom Deputy:**  Linda Kahoe |

GLADE INSURANCE, *et al.,*                                       Harvey James Williamson

      Plaintiffs,

      v.

ALLSTATE INSURANCE COMPANY,                          Patrick H. Pugh

      Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in session:       3:01 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Stipulated Motion for Protective Order, doc #[25], filed 12/30/2010.

**ORDERED**:   The Stipulated Motion for Protective Order, doc #[25] is **GRANTED**.  Counsel may not stamp a document as "Confidential" unless that designation is consistent with the Federal Rules of Civil Procedure and the prevailing case law.  The court will sign the Protective Order.

Discussion regarding Plaintiffs' Motion for Leave to File First Amended Complaint, doc #[21], filed 12/15/2010.  Mr. Pugh states he will file an Objection.

Discussion regarding the progress of discovery.  The court encourages the parties to go forward with discovery and to file any dispositive motions that are warranted.

HEARING CONCLUDED.

**Court in recess**:       **3:23 p.m.**
Total time in court:     00:22

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.