**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-01396-CMA-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   February 7, 2011** | **Courtroom Deputy:**  Linda Kahoe |

GLADE INSURANCE, INC., *et al.,*       Harvey James Williamson
                                                                       Edwin R. Smalley

      Plaintiffs,

      v.

ALLSTATE INSURANCE COMPANY,       Patrick H. Pugh

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:       1:30 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Plaintiffs' Motion for Leave to File First Amended Complaint, doc #[21], filed 12/15/2010.

Discussion regarding the Motion of Defendant Allstate Insurance Company to Dismiss the Complaint, doc #[6], the Response, #[13], and the Reply, #[17].

For the reasons as stated on the record, it is

**ORDERED:**   Plaintiffs' Motion for Leave to File First Amended Complaint, doc #[21], is **GRANTED**.  Plaintiffs' First Amended Complaint, doc #[21-1] is accepted for filing as of today's date.

Discussion regarding discovery.  The court suggests the parties hold another Rule 26(f) conference and determine whether or not they need to file a motion to extend discovery deadlines.

HEARING CONCLUDED.
**Court in recess**:       **2:18 p.m.**
Total time in court:    00:48

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.