IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-01396-WJM-CBS

GLADE INSURANCE, INC.,
and LESLIE GLADE,

      Plaintiffs,

vs.

ALLSTATE INSURANCE COMPANY,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER IS before the court on the Unopposed Motion of Allstate Insurance Company to Amend the Scheduling Order to Extend Discovery and Dispositive Motion Deadlines (*doc # 48*) filed March 11, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED.  Accordingly, the deadlines set in the court's Scheduling Order (*doc # 16*) entered August 3, 2010, as amended in the Minute Order (*doc # 20*) entered November 30, 2010, are amended to the extent set forth below:

| | |
|---|---|
| Discovery Cut-off | June 17, 2011 |
| Dispositive Motion Deadline | July 17, 2011 |
| Deadline for Interrogatories | May 13, 2011 |
| Deadline for Requests for Production and/or Admission | May 13, 2011 |

      IT IS FURTHER ORDERED that the Final Pretrial Conference scheduled for August 24, 2011 is hereby vacated and RESET to **September 27, 2011** at **10:00 a.m.**  *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**      March 14, 2011